GARY E. DEVLIN (SBN 210517)
gdevlin@hinshawlaw.com
ELVIN I. TABAH (SBN 286369)
etabah@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendants OCWEN LOAN SERVICING, LLC; WELLS FARO BANK, N.A., AS TRUSTEE FOR HOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-4; and WESTERN PROGRESSIVE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| SEPIDEH CIRINO, an individual; THE CIRINO FAMILY TRUST, an Irrevocable Trust,<br><br>PLAINTIFFS,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LLC; WELLS FRAGO BANK, N.A., as Trustee for holder of IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-4; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; AND DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No. 8:18-cv-00409 DOC (JDEx)<br><br>(Honorable David O. Carter, Courtroom "9D")<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: 3/14/18<br>Motion Cut-Off: Not Set<br>Discovery Cut-Off: Not Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The Motion to Dismiss brought by Defendants OCWEN LOAN SERVICING, LLC; WELLS FARGO BANK, N.A., AS TRUSTEE FOR HOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-4; and WESTERN PROGRESSIVE, LLC (collectively "Defendants"), having been granted with prejudice on May 29, 2019,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Plaintiffs Sepideh Cirino and the Cirino Family Trust ("Plaintiffs"), shall take nothing by way of the operative Second Amended Complaint; and

2. Judgment on Plaintiffs' Complaint shall be entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED: June 20, 2019            UNITED STATE DISTRICT COURT

By: *David O. Carter*
The Honorable DAVID O. CARTER

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000